USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2025

# CURIS LAW, PLLC
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

December 30, 2024

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: **_Doe v. Combs et al., 1:24-cv-8024_**

Dear Judge Caproni,

    As you know our firm represents Plaintiff "Jane Doe" in the above action. We write to request an adjournment of the January 10th, 2025 conference at this time. We have been in negotiations with defendants' counsel regarding service of process, scheduling and case management across numerous related actions, and have faced delays caused by defendant Combs refusing to leave his cell to accept service. We believe that we have now reached an agreement in principle with defendants' counsel but are continuing to work out scheduling details in this and other cases.

    Moreover, Mr. Buzbee, who is the lead attorney in these matters, would like to be present and is unable to attend on January 10, 2025. If Your Honor would be so inclined to grant a brief adjournment to February, that would be appreciated by the parties.

    We thank the Court for your time and attention to this matter.

Respectfully,
*/s/ Antigone Curis*
Antigone Curis

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, January 10, 2025, at 10:00 A.M. is ADJOURNED **to Friday, February 14, 2025, at 10:00 A.M.**  The parties' deadline to submit a joint letter and proposed case management plan in accordance with the Court's prior Order at Dkt. 17 is extended from Thursday, January 2, 2025, to **Thursday, February 6, 2025**.

SO ORDERED.

1/2/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE