```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2025
```

January 14, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
500 Pearl Street
New York, NY 10007



Re:   *Doe v. Combs, et. al.*, Case No. 24-cv-08024 (VEC)

Dear Judge Caproni:

We write jointly on behalf of the Plaintiff in this action and defendants Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and defendant Bad Boy Records, LLC.

The undersigned parties have agreed that the Combs Defendants and Bad Boy Records, LLC will accept service through the undersigned counsel of (1) the Complaint (ECF #1) and (2) the Plaintiff's Second Motion for Leave to Appear Anonymously (ECF #25, the "Second Anonymity Motion") in exchange for Plaintiff's consent to an extension of time to respond to each until **March 11, 2025**.

Consistent with this agreement, the undersigned parties respectfully request that the Court enter a scheduling order providing that (1) the Combs Defendants and Bad Boy Records, LLC shall have until **March 11, 2025** to answer, move, or otherwise respond to the Complaint; and (2) the Combs Defendants and Bad Boy Records, LLC shall have until **March 11, 2025** to file an opposition to the Second Anonymity Motion. No prior request for this relief has been made.

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff John Doe*

Hon. Valerie E. Caproni
January 14, 2025
Page 2 of 2

*/s/ Donald S. Zakarin*
Donald S. Zakarin
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036
212-326-0108
dzakarin@pryorcashman.com
*Counsel for Defendant Bad Boy Records, LLC*

Application GRANTED. Defendants' deadline to answer or otherwise respond to the Complaint is ADJOURNED to **Tuesday, March 11, 2025**. Defendants' deadline to file opposition papers to Plaintiff's Second Motion for Leave to Appear Anonymously at Dkt. 25 is also **Tuesday, March 11, 2025**. Plaintiff's deadline to file reply papers, if any, is **Tuesday, March 25, 2025**.

IT IS FURTHER ORDERED that Plaintiff must serve Defendants and file proof of service on ECF by **Tuesday, January 21, 2025**.

SO ORDERED.

1/14/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE