AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-8024 |
| SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, | ) |
| LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD | ) |
| BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY | ) |
| PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, | ) |
| INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, | ) |
| BAD BOY PRODUCTIONS LLC,  and ORGANIZATIONAL DOES 1-10, | ) |
| and INDIVIDUAL DOES 1-10, | ) |
| _____ | |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Sean Combs
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anthony G. Buzbee | Andrew Van Arsdale | Antigone Curis |
| The Buzbee Law Firm | AVA Law Group | Curis Law, PLLC |
| J.P. Morgan Chase Tower | 3667 Voltaire Street, Ste. 101 | 52 Duane Street, 7th Floor |
| 600 Travis, Suite 7500 | San Diego, CA 02106 | New York, NY 10007 |
| Houston, Texas 77002 | | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     01/16/2025

*Tammi M. Hellwig*

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-8024

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: