USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        *Plaintiff,*

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, and INDIVIDUAL DOES 1-10,

        *Defendants.*

---

24-cv-8024 (VEC)

Case No.: ~~1:24-cv-08024JAV~~

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties identified below, that the time of the Defendant BAD BOY RECORDS LLC, in which to answer, move or otherwise respond to the Summons and Complaint of the Plaintiff JANE DOE, has been extended up to and April 4, 2025; and

Dated: New York, New York
      March 7, 2025

                                              CURIS LAW, PLLC

                                              By: _____
                                                    Antigone Curis
                                          52 Duane Street, 7th Fl.
                                          New York, NY 10007
                                          (646) 335-7220
                                          antigone@curislaw.com

— AND —

**THE BUZBEE LAW FIRM**
Anthony G. Buzbee
Texas Bar No. 24001820

— AND —

**AVA LAW GROUP**
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for Jane Doe*

**PRYOR CASHMAN LLP**

By: _____
Donald S. Zakarin
William L. Charron
Nicholas G. Saady
7 Times Square
New York, New York 10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for BBRLLC*

**SO ORDERED**

_____
~~Judge Mary K. Vyskocil~~  Hon. Valerie Caproni
United States District Judge

_____

Dated: __March 10_____, 2025