**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOHN DOE,                                      :
                                               :
                    Plaintiff,                 :
                                               :
        v.                                     :    Case No. 24-CV-08024 (VEC)
                                               :
SEAN COMBS, DADDY'S HOUSE                      :    **ORAL ARGUMENT REQUESTED**
RECORDINGS INC., CE OPCO, LLC d/b/a            :
COMBS GLOBAL f/k/a/ COMBS ENTERPRISES          :
LLC, BAD BOY ENTERTAINMENT HOLDINGS,           :    **NOTICE OF MOTION**
INC., BAD BOY PRODUCTIONS HOLDINGS,            :
INC., BAD BOY BOOKS HOLDINGS, INC., BAD        :
BOY RECORDS LLC, BAD BOY                        :
ENTERTAINMENT LLC, BAD BOY                      :
PRODUCTIONS LLC, ORGANIZATIONAL                 :
DOES 1-10, AND INDIVIDUAL DOES 1-10,           :

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

Declaration of Mark Cuccaro, dated March 11, 2025, the exhibits annexed thereto, and upon all

prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE

OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings,

Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment

LLC, and Bad Boy Productions LLC (the "Combs Defendants") will move this Court, in

accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Valerie E. Caproni at the Daniel

Patrick Moynihan United States Courthouse, Courtroom 20C, 500 Pearl Street, New York, New

York 10007, for an order dismissing Plaintiff's Complaint against the Combs Defendants with

prejudice (ECF No. 1).

Dated: March 11, 2025
      New York, New York

SHER TREMONTE LLP

*/s/ Mark Cuccaro*
Mark Cuccaro
Michael Tremonte
Erica Wolff
Raphael A. Friedman
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 202-2600
mcuccaro@shertremonte.com
mtremonte@shertremonte.com
ewolff@shertremonte.com
rfriedman@shertremonte.com
*Attorneys for Combs Defendants*