```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHANTE KELLY,                                       :
                                    Plaintiff,      :
                                                    :
             -against-                              :
                                                    :     24-CV-8024 (VEC)
SEAN COMBS, DADDY'S HOUSE                           :
RECORDINGS INC., CE OPCO, LLC d/b/a                 :         ORDER
COMBS GLOBAL f/k/a COMBS ENTERPRISES                :
LLC, BAD BOY ENTERTAINMENT                          :
HOLDINGS, INC., BAD BOY PRODUCTIONS                 :
HOLDINGS, INC., BAD BOY BOOKS                       :
HOLDINGS, INC., BAD BOY                             :
ENTERTAINMENT LLC, BAD BOY                          :
PRODUCTIONS LLC, ORGANIZATIONAL                     :
DOES 1-10, AND INDIVIDUAL DOES 1-10,                :
                                                    :
                                                    :
                                    Defendants.     :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 29, 2025, the Court stayed discovery in this matter pending resolution of Defendants' motion to dismiss, *see* Dkt. 43;

WHEREAS on October 22, 2025, the Court granted the motion to dismiss and granted Plaintiff leave to amend, *see* Dkt. 73; and

WHEREAS on November 21, 2025, Plaintiff filed a Second Amended Complaint, *see* Dkt. 74.

IT IS HEREBY ORDERED that, not later than **Tuesday, December 9, 2025**, the parties must meet and confer and file a joint letter. If Defendants intend to move to dismiss the Second Amended Complaint, the joint letter must contain a proposed briefing schedule and indicate the parties' positions on whether it is appropriate to continue the stay of discovery pending resolution of the second motion to dismiss. If Defendants intend to answer the Second Amended

Complaint, the joint letter must propose a deadline for Defendants to do so, and the parties must file a proposed Civil Case Management Plan and Scheduling Order (the template for which is available at https://nysd.uscourts.gov/hon-valerie-e-caproni).

**SO ORDERED.**

Date: **November 24, 2025**
  **New York, New York**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**