# SHER TREMONTE LLP

December 9, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
500 Pearl Street
New York, NY 10007

**Re:** *Shante Kelly v. Combs, et. al.*, **Case No. 24-cv-08024 (VEC)**

Dear Judge Caproni:

We write jointly on behalf of Plaintiff Shante Kelly and Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") concerning Plaintiff's Second Amended Complaint (ECF #74, the "SAC"), pursuant to the Court's Order directing the parties to meet and confer and file a joint letter by December 9, 2025.  ECF #75.

The parties have conferred, and the Combs Defendants intend to move to dismiss the SAC in its entirety.  Accordingly, the parties propose the following briefing schedule for the motion to dismiss:

Combs Defendants' opening brief due: **January 30, 2026**.

Plaintiff's opposition due: **February 27, 2026**

Combs Defendants' reply due: **March 20, 2026.**

The parties agree that it is appropriate for the Court to continue the stay of discovery pending resolution of the Combs Defendants' motion to dismiss the SAC because resolution of the anticipated motion may result in dismissal of this action in its entirety or as against certain defendants, which could significantly alter the scope of discovery that needs to be conducted.  *See* Dkt. No. 43 (Court endorsed joint application to stay discovery pending resolution of the Combs Defendants' motion to dismiss the original complaint).

The Hon. Valerie E. Caproni
December 9, 2025
Page **2** of **2**

                                                Respectfully submitted,

| | |
|---|---|
| */s/ Mark Cuccaro* | */s/ Antigone Curis* |
| Mark Cuccaro | Antigone Curis |
| SHER TREMONTE LLP | CURIS LAW, PLLC |
| 90 Broad Street, 23rd Fl. | 52 Duane Street, 7th Fl. |
| New York, New York 10004 | New York, NY 10007 |
| T: 212.202.2600 | (646) 335-7220 |
| mcuccaro@shertremonte.com | antigone@curislaw.com |
| *Counsel for the Combs Defendants* | *Counsel for Plaintiff Jane Doe* |