SHER TREMONTE LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

August 19, 2026

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
500 Pearl Street
New York, NY 10007

**Re: *Shante Kelly v. Combs, et. al.*, Case No. 24-cv-08024 (VEC)**

Dear Judge Caproni:

We represent defendant Sean Combs in the above-referenced matter. We write to respectfully request that the Court issue, pursuant to Fed. R. Civ. P. 60(a), a revised version of the Court's Opinion and Order granting in part Defendants' Motion to Dismiss the Second Amended Complaint. ECF #83 (the "Order").

In the Order, the Court held that Plaintiff's "additional allegations fail[ed] to allege that the Corporate Defendants engaged in any conduct sufficient to incur liability pursuant to the GMVPA," and dismissed Plaintiff's claim against them with prejudice. Order at 9. The Court directed the Clerk of Court "to terminate the Corporate Defendants as parties to this action[.]" *Id.* However, to date, on the Court's electronic filing system, Defendants Bad Boy Entertainment Holdings, Inc. and Bad Boy Productions Holdings, Inc. are listed as active Defendants. This is likely because, in the Order, the Court's definition of "Corporate Defendants" did not include these two Defendants. *See id.* at 3. Considering that both Defendants joined the other Corporate Defendants' motion, *see* ECF #79 (Notice of Motion listing both Defendants among the moving Defendants); ECF #80 at 1 (Defendants' memorandum of law defining "Corporate Defendants" as including both Defendants), we assume that this omission was "a clerical mistake or a mistake arising from oversight or omission." Fed. R. Civ. P. 60(a).

Accordingly, and for the avoidance of doubt, we respectfully ask the Court to issue a corrected Order, or an additional order, that directs the Clerk of Court to terminate Defendants Bad Boy Entertainment Holdings, Inc. and Bad Boy Productions Holdings, Inc. from this action.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Raphael A. Friedman*
Mark Cuccaro
Raphael A. Friedman

CC: All Counsel of Record (via ECF and email)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156

Application GRANTED. The Clerk of Court is respectfully directed to TERMINATE Defendants (i) Bad Boy Entertainment Holdings, Inc., and (ii) Bad Boy Productions Holdings, Inc., as parties to this action.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 85.

SO ORDERED.

8/20/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE